AO 91 (Rev. 5/85)   Criminal Complaint

This form was electronically produced via OmniForm

WI

4

# United States District Court

### EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

V.

**Kenneth Walker**
**888 Pallister St. #813**
**Detroit, MI 48202**

(Name and Address of Defendant)

F I L E D

JUN 24 2005

CLERK'S OFFICE
DETROIT

## CRIMINAL COMPLAINT

CASE NUMBER: 05-80579

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **07/30/04** in **Wayne** county, in the **Eastern** District of **Michigan**, defendant(s) did, (Trace Statutory Language of Offense)

**With intent to defraud, pass, utter, sell a falsely made or counterfeited obligation of the United States.**

in violation of Title **18**, United States Code, Section(s) **472**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

Official Title

**See attached affidavit**

Continued on the attached Sheet and made a part hereof:  ☒Yes  ☐ No

_____
Eric S. Clark
Signature of Complainant

Sworn before me and subscribed in my presence,

C/24/05
_____
Date

at   **Detroit, Michigan**
City and State

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer



U.S. Department of Homeland Security
## UNITED STATES SECRET SERVICE

# AFFIDAVIT

I, Eric Clark, being first duly sworn, hereby depose and say:

1. I am a Special Agent with the United States Secret Service (USSS) assigned to the Detroit Field Office. I have been employed in this capacity since May 2004. I am currently assigned to the Counterfeit Currency Squad. My duties and responsibilities as a Special Agent include investigating violations of the United States Criminal Code concerning the counterfeiting of obligations and securities of the United States. The information contained in this affidavit is based on personal investigation and on information provided by law enforcement officers and others who have personal knowledge of the events and circumstances described herein.

2. The information set forth in this affidavit is for the limited purpose of establishing probable cause; this affidavit, therefore, may not include all the information collected during this investigation.

3. On 3/3/05, I met with a source of information (SOI), at the United States Attorney's Office, for a scheduled information. The SOI, was arrested by agents of this office on 2/14/05 for passing counterfeit obligations. The SOI agreed to provide information of his/her source of the counterfeit in order to receive pretrial diversion in his/her criminal proceedings.

4. The SOI stated that he/she had been complaining to his/her friend Wanda Mosby about money problems while at Mosbys' apartment. The SOI than said that the next day he/she was approached by Mosbys' boyfriend Kenneth Walker in the parking lot outside of their apartment complex located at 888 Pallister, Detroit, MI. The SOI said that Walker told him/her that he could help him/her with his/her money problems and that he then showed him/her some counterfeit money. The SOI stated, that Walker offered to give him/her counterfeit money in order for him/her to cash it in at his/her job and that they could then split the proceeds half and half. The SOI stated that he/she agreed to receive the counterfeit money from Walker and then pass it at work.

5. The SOI stated that on the next day Walker came to his/her apartment at which time he gave him/her $340.00 in counterfeit Federal Reserve Notes (FRN's). SOI said that he/she received three $100.00 and two $20.00 counterfeit FRN's. SOI also stated that over the next couple of days he/she exchanged the counterfeit FRN's in his/her drawer at work for genuine FRN's. SOI stated that after he/she had exchanged all of the counterfeit FRN's, he/she called Walker. SOI then stated that him/her and Walker met in order to split the proceeds. During that meeting, the SOI stated that Walker said that he got the counterfeit FRN's from his cousin who was making it on a printer.

6. The SOI than stated that a few days later Walker came to him/her to see if he/she would be interested in exchanging some counterfeit FRN's again in order to make some money. SOI agreed and was given $800.00 in counterfeit FRN's at that time. The SOI stated that he/she then took the counterfeit FRN's to work and exchanged them for genuine FRN's. SOI stated that after he/she exchanged the counterfeit FRN's, he/she again called Walker in order to meet with him/her to give him his half of the money. SOI stated that during the meeting, Walker again offered to give him/her some counterfeit FRN's. SOI said that at that time, he/she told Walker no because he/she was "ok on money for awhile". The SOI stated that he/she has not received any counterfeit FRN's since the second meeting. SOI described Walker as a black male, 6'0", approximately 200 lbs, 35 years old, usually has a beard and is missing a tooth.

7. The SOI stated that he/she received a total of $1,140 in counterfeit Federal Reserve Notes from Walker.

8. On 3/7/05, I conducted LEIN/NCIC/NLETS/MCI queries on Walker. Queries revealed that Walker has four prior arrests for felony stolen vehicle, misdemeanor dangerous drugs, felony weapons offense and a traffic offense. An MCI database search revealed no prior record with this agency.

9. On 3/30/05, I met with the SOI at the United States Attorney's office. At that time, I presented SOI with a photo array of six photographs which contained a photograph of Walker obtained from one of his prior arrests. The SOI positively identified Walker as photograph #2 in the photo array and stated that he was the individual from which he/she obtained counterfeit FRN's. At that time, the SOI did provide a written statement, saying that he/she identified Walker from the photo array.

10. On that same date SOI attempted a consensually monitored phone call to Walker. However, Walker was not home at that time.

11. On 4/7/05, I met with the SOI at the United States Attorney's office in order to make a consensually monitored phone call to Walker. The consensually monitored phone call was approved by ATSAIC Vogel and AUSA Regina McCullough. During the call, SOI asked Walker if he still had "that hook-up". Walker in return, asked "what hook-up". The SOI then went on to say, remember before when I exchanged that stuff at my job. The SOI then went on to tell Walker that he/she had been transferred to a different store closer to his/her home and then again asked Walker if he still "had that hook-up". Walker then stated that "I will have to check with my man and see". Walker then went on to state that if his man has it then he could get him/her some today. The SOI and Walker then arranged for Walker to call SOI back after he talked to "his man". At that time the call was terminated and no further conversations were recorded. After about twenty minutes a call to Walker was attempted, but there was no answer at his number.

12. Based on the foregoing facts, I have probable cause to believe that Kenneth Walker, 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, 8/2/70, passed, uttered, sold a falsely made or counterfeited obligation of the

United States with the intent to defraud in violation of 18 U.S.C. 472 (Uttering counterfeit obligations or securities).


Special Agent Eric S. Clark
United States Secret Service


Sworn to me and subscribed in my presence, *6/24/05*

United States Magistrate Judge